1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| MICHAEL CURTIS REYNOLDS, | ) CV 12-03706-MWF(SH) |
| | ) |
| Petitioner, | ) ORDER ACCEPTING REPORT AND |
| | ) RECOMMENDATION OF UNITED |
| | ) STATES MAGISTRATE JUDGE |
| v. | ) |
| | ) |
| FRANCISCO QUINTANA, | ) |
| | ) |
| Respondent. | ) |

    Pursuant to 28 U.S.C. § 636(b)(1)(C), the Court has reviewed the Petition, all of the records and files herein, the attached Report and Recommendation of the United States Magistrate Judge, and the petitioner's submission dated August 13, 2012. The Court has made a *de novo* determination of the Report and Recommendation. The Court concurs with and accepts the conclusions of the Magistrate Judge.

1

IT IS ORDERED that the Petition filed herein is transferred to the United States District Court for the Middle District Of Pennsylvania for disposition as a § 2255 Petition.

IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order, the Magistrate Judge's Report and Recommendation and the Judgment herein by the United States mail on petitioner and counsel for respondent.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: September 25, 2012.

_____
MICHAEL W. FITZGERALD
United States District Judge