JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| MICHAEL CURTIS REYNOLDS, | ) CV 12-03706-MWF (SH) |
| | ) JUDGMENT |
| Petitioner, | ) |
| v. | ) |
| FRANCISCO QUINTANA, | ) |
| Respondent. | ) |

Pursuant to the Order of the Court adopting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is transferred to the Middle District of Pennsylvania.

DATED: September 25, 2012

*[signature]*

MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE

1